NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1182

AMINI INNOVATION CORPORATION,

Plaintiff-Appellant,

v.

ANTHONY CALIFORNIA, INC. and JAMES CHANG,

Defendants-Appellees.

Mark D. Nielsen, Cislo & Thomas LLP, of Santa Monica, California, argued for plaintiff-appellant. With him on the brief were Daniel M. Cislo and Kelly W. Cunningham.

Edward F. O'Connor, O'Connor Christensen & McLaughlin, Trial Division of The Eclipse Group LLP, of Irvine, California, argued for defendants-appellees. On the brief were Thomas T. Chan, Ronald M. St. Marie, and Lisa A. Karczewski, Chan Law Group LLP, of Los Angeles, California.

Appealed from: United States District Court for the Central District of California

Judge S. James Otero

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1182

AMINI INNOVATION CORPORATION,

Plaintiff-Appellant,

v.

ANTHONY CALIFORNIA, INC. and JAMES CHANG,

Defendants-Appellees.

# Judgment

ON APPEAL from the      **United States District Court for the Central District of California**

In CASE NO(S).      **03-CV-8749**.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, Circuit Judge, PLAGER, Senior Circuit Judge and MOORE, Circuit Judge).

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED: November 13, 2007      /s/  Jan Horbaly
                                        Jan Horbaly, Clerk